IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
FRANKFORT DIVISION

| | |
|---|---|
| TINA L. RIGGS, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: |
| ) | 3:09-CV-00063 |
| GMAC MORTGAGE, LLC and CHASE ) | |
| HOME FINANCE LLC, ) | |
| ) | |
|     Defendants. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COME NOW** plaintiff Tina L. Riggs ("Plaintiff") and defendant GMAC Mortgage, LLC ("GMACM"), by and through their respective undersigned counsel, and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby present this stipulation of dismissal with prejudice of all claims of Plaintiff against GMACM in the above-styled action. By so doing:

The parties stipulate to this Honorable Court that this action and each and every claim against GMACM shall be dismissed with prejudice, each party to bear its own costs.

The parties have attached a proposed order as Exhibit "A".

/s/ Jason R. Bushby
Jason R. Bushby *Pro Hac Vice*
jbushby@babc.com
Jessica L. Jones, Esq. *Pro Hac Vice*
jjones@babc.com
Gary L. Howard, Esq. (Bar No. 91653)
ghoward@babc.com
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800

ATTORNEYS FOR DEFENDANT
GMAC MORTGAGE, LLC


/s/ Douglas C. Howard
Douglas C. Howard, Esq.
doug@howardlawgroup.com
Howard Law Group, PLLC
227 W Main St, Ste 4
PO Box 562
Frankfort KY 40602
Telephone: (502) 352-4950

ATTORNEY FOR PLAINTIFF TINA L. RIGGS

2

1/2131829.1