**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**FRANKFORT DIVISION**
**CIVIL ACTION NO. 3:09-CV-00063**

TINA L. RIGGS                                                                                           PLAINTIFF

v.

GMAC MORTGAGE, LLC and
CHASE HOME FINANCE, LLC                                                             DEFENDANTS

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Come now Plaintiff Tina L. Riggs ("Plaintiff") and Defendant Chase Home Finance, LLC ("Chase"), by and through counsel, and pursuant to FRCP 41(a), and hereby stipulate to this Court that this action and each and every claim against Chase shall be dismissed, with prejudice, with each party to bear its own costs. Plaintiff and Chase have simultaneously tendered a proposed Agreed Order of Dismissal.

Respectfully submitted,

WYATT, TARRANT & COMBS, LLP

  /s/  John P. Brice
John P. Brice
250 West Main Street, Suite 1600
Lexington, KY 40507
Phone: (859) 233-2012
Fax:    (859) 259-0649
E-mail:  Lexbankruptcy@wyattfirm.com
*COUNSEL FOR CHASE HOME*
*FINANCE, LLC*

2

*/s/ Douglas C. Howard*
Douglas C. Howard.
Howard Law Group, PLLC
227 West Main Street, Suite 4
P.O. Box 564
Frankfort, KY 40602
Telephone:  (502) 352-4950
Email:  doug@howardlawgroup.com
*COUNSEL FOR TINA L. RIGGS*

30580906.1